

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00196-CR

———————————————

ANICETO TURRUBIATES SANCHEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CR21-0818

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

After Appellant Aniceto Turrubiates Sanchez appealed his judgment of conviction, the trial court signed an order vacating the judgment and granting Sanchez's motion for new trial. *See* Tex. R. App. P. 21.9 (authorizing trial court to grant new trial and providing that such an order "restores the case to its position before the former trial"). Given this order, Sanchez filed an unopposed motion to dismiss his appeal as moot.[1]

Because we agree that the trial court's order moots this appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Reed v. State*, Nos. 14-18-00882-CR, 14-18-00883-CR, 2021 WL 1804546, at *1 (Tex. App.—Houston [14th Dist.] May 6, 2021, no pet.) (per curiam) (mem. op., not designated for publication) (recognizing that the "appeal was rendered moot by the trial court's . . . order granting a new trial" and dismissing appeal for want of jurisdiction); *Covert v. State*, No. 2-07-355-CR, 2008 WL 467333, at *1 (Tex. App.—Fort Worth Feb. 21, 2008, no pet.) (per curiam) (mem. op., not designated for publication) (similar, dismissing appeal on court's own motion).

---

[1]Sanchez's counsel signed the motion to dismiss, but Sanchez did not, so Rule of Appellate Procedure 42.2(a) does not apply. *See* Tex. R. App. P. 42.2(a) (providing for voluntary dismissal of criminal appeal upon filing of motion to dismiss signed by both "[t]he appellant and his or her attorney").

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 22, 2024

3